No. 223. CARRIER ENGINEERING CORP. *v.* HORVATH ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles J. Staples* for petitioner. *Messrs. Richard Ford* and *Merlin Whiley* for Horvath, and *Mr. Frank Parker Davis* for McCord Radiator & Mfg. Co., respondents.

No. 225. DE ARYAN *v.* AKERS. October 9, 1939. Petition for writ of certiorari to the Supreme Court of California denied. *C. Leon de Aryan, pro se. Roy O. Akers, pro se.*

No. 228. GENERAL TIRE & RUBBER Co. *v.* FISK RUBBER CORP. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs Albert L. Ely* and *William C. McCoy* for petitioner. *Messrs. F. O. Richey* and *F. G. Neal* for respondent.

No. 231. GARRISON *v.* THOMPSON ET AL., TRUSTEES. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Walter H. Maloney* for petitioner. *Messrs. Thomas J. Cole, A. Z. Patterson,* and *DeWitt C. Chastain* for respondents.

No. 232. TERMINAL RAILROAD ASSOCIATION OF ST. LOUIS *v.* SHEEHAN, ADMINISTRATRIX. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. T. M. Pierce* and *Walter Naylor Davis* for petitioner. *Messrs. Mark D. Eagleton* and

582

*Roberts P. Elam* for respondent.

No. 241. NOBLE, COMMITTEE, *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Jacob W. Friedman* for petitioner. *Messrs. N. A. Townsend, Julius C. Martin, Wilbur C. Pickett, Thomas E. Walsh,* and *W. Marvin Smith* for the United States.

No. 244. KELLOGG SWITCHBOARD & SUPPLY Co. *v.* MICHIGAN BELL TELEPHONE Co. ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. S. Ashley Guthrie* and *Curtis B. Camp* for petitioner. *Messrs. Merrill E. Clark* and *William R. Ballard* for respondents.

No. 245. KELLOGG SWITCHBOARD & SUPPLY Co. *v.* MICHIGAN BELL TELEPHONE Co. ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. S. Ashley Guthrie* and *Curtis B. Camp* for petitioner. *Messrs. Merrill E. Clark* and *William R. Ballard* for respondents.

No. 247. GREANEY *v.* DEITRICK, RECEIVER. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Thomas H. Mahony* for petitioner. No appearance for respondent.